UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LEONARD AZEVEDO, | No. 2:17-cv-0472 JAM AC P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| COLUSA COUNTY JAIL, et al., | |
| Defendants. | |

This civil rights action was closed on February 21, 2018. ECF Nos. 10-1. Since then, plaintiff has filed multiple documents. ECF Nos. 12-19. Plaintiff is advised that documents filed after the closing date of this case are disregarded and no further orders will issue in response to additional filings.

SO ORDERED.

DATED: January 2, 2019

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1