UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LEONARD AZEVEDO, <br> Plaintiff, <br> v. <br> COLUSA COUNTY JAIL, et al., <br> Defendants. | No. 2:17-cv-0472 JAM AC P <br><br> <u>ORDER</u> |
| ALEX LEONARD AZEVEDO, <br> Petitioner, <br> v. <br> JOE GAROFALO, Colusa County Sheriff, <br> Respondent. | No. 2:18-cv-2276 MCE AC P <br><br> <u>ORDER</u> |

These cases were dismissed on February 21, 2018 and April 9, 2019, respectively. Plaintiff/petitioner is advised that documents filed after the close of these cases are disregarded and no further orders will issue in response to future filings.

DATED: November 13, 2019

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE